In the Matter of BERNARD ELLIS, Respondent, v LISA BURKE, Appellant.

Submitted September 16, 2013; decided November 26, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.